1   BRUCE D. GOLDSTEIN, State Bar No. 135970
County Counsel
2   PETRA BRUGGISSER, State Bar No. 241173
Deputy County Counsel
3   Office of the Sonoma County Counsel
575 Administration Drive, Room 105A
4   Santa Rosa, CA 95403-2815
Telephone: (707) 565-2421
5   Facsimile: (707) 565-2624
E-mail: Petra.Brussigger@sonoma-county.org
6
Attorneys for Defendants
7
                    UNITED STATES DISTRICT COURT
8
                 NORTHERN DISTRICT OF CALIFORNIA
9

10
    SHOSHANA BERNIE                          Case No. CV 14-2555 NC
11
              Plaintiff,                     **REQUEST BY DEFENDANTS SONOMA**
12                                           **COUNTY SHERIFF FREITAS AND SGT.**
        vs.                                  **WILLIAMS TO EXCUSE THEIR**
13                                           **PERSONAL ATTENDANCE AT THE**
    COUNTY OF SONOMA, a public entity,       **SETTLEMENT CONFERENCE; AND**
14  SONOMA COUNTY SHERIFF STEVE              **[PROPOSED] ORDER**
    FREITAS, in his individual and official
15  capacities, SONOMA COUNTY
    SHERIFF'S SERGEANT PITLAN,
16  SONOMA COUNTY SHERIFF'S                  Date:      January 30, 2015
    LIEUTENANT WILLIAMS, individually,       Time:      11:00 a.m.
17  and DOES 1 through 10, jointly and       Dept.:     United States District Court
    severally,                                          Courtroom 4, 3rd Floor
18            Defendants.                               450 Golden Gate Avenue
                                                        Oakland, CA 94102
19
                                             Settlement Judge:
20                                           Hon. Magistrate Judge Kandis A. Westmore

21

22      Defendants  SONOMA  COUNTY  SHERIFF  STEVE  FREITAS  and  SERGEANT

23  WILLIAMS  hereby  respectfully  request  the  Court  to  excuse  their  personal  attendance  at  the

24  Settlement Conference on January 30, 2015.

25      Good cause exists to excuse the personal attendance of these two Defendants.  Sgt. Williams

26  has retired from the Sonoma County Sheriff's Office and is now living in the State of Washington.

27  Sheriff Freitas has no personal knowledge about the issues underlying this civil action and his

28

REQUEST TO EXCUSE PERSONAL ATTENDANCE
AT SETTLEMENT CONFERENCE; ORDER          1

1  personal attendance is not necessary to advance potential settlement negotiations.  Defendants will

2  ensure the attendance of several individuals at the settlement conference with personal knowledge

3  about the subject the incident, the Electronic Monitoring Program, the Sheriff Office's policies, and

4  with full authority to negotiate a settlement.

5  Plaintiff, through her pro bono counsel, has indicated that she has no objection to

6  Defendants' requests.

7  <center>ARGUMENT</center>

8  The Court requires the personal attendance of each party.  Personal attendance may be

9  excused only upon written authorization from the Court if the party demonstrates extraordinary

10 hardship.  (Court's Settlement Conference Standing Order, ¶ 4).

11 According to the ADR Local Rules, a government agency typically satisfies personal

12 attendance requirement if the agency is represented by a person (in addition to counsel of record)

13 who has, to the greatest extent feasible, authority to settle, and who is knowledgeable about the facts

14 of the case, the agency's position, and the procedures and policies under which the agency decides

15 whether to accept proposed settlements.  (ADR Local Rules 7-4 (b).

16 In accordance with these mandates, Defendants Sheriff Freitas and Sgt. Williams respectfully

17 request the Court's authorization to be excused from having to personally attend the Settlement

18 Conference on January 30, 2015, for the following reasons.

19 Sgt. Kimber Williams

20 Sgt. Kimber Williams has retired from the Sonoma County Sheriff's Office and has moved

21 to the State of Washington, where she now permanently resides.  Sgt. Williams has pre-arranged

22 travel plans for the weekend of January 31 / February 1, 2015.  Requiring Sgt. Williams to travel to

23 the Bay Area from Washington to attend the Settlement Conference on January 30, 2015, and back

24 to Washington the same day, would place an undue hardship on her.  In addition, Sgt. Williams'

25 personal attendance is not necessary to advance potential settlement discussions.  Defendant Sgt.

26 Pitkin, who has personal knowledge about the subject incident, will attend the settlement conference.

27 In the unlikely event that additional questions should arise which Sgt. Pitkin cannot answer, Sgt.

28

REQUEST TO EXCUSE PERSONAL ATTENDANCE
AT SETTLEMENT CONFERENCE; ORDER          2

1    Williams will be available via telephonic standby to answer any questions the Court may have.  In

2    addition, somebody from the Sonoma County Sheriff's detention division with specific knowledge

3    about the County's Electronic Monitoring Program, as well as the Sheriff's Office policies, will

4    attend the settlement conference.  Defendants will further be represented by a County representative

5    with full authority to negotiate a settlement on behalf of all Defendants, including Sgt. Williams.

6    In sum, given that Sgt. Williams' personal attendance is not necessary to advance potential

7    settlement negotiations and to avoid an undue hardship by requiring her to travel from the State of

8    Washington to attend the settlement conference, Sgt. Williams respectfully ask the Court to excuse

9    her personal attendance at the settlement conference on January 30, 2015.

10   Sheriff Steve Freitas

11   Similarly, the personal attendance of Sheriff Steve Freitas is not necessary to advance

12   settlement negotiations.  Sheriff Freitas has no personal knowledge about the subject incident.

13   Although he is overall in charge of the operations of the Sheriff's Office, he is not personally

14   involved in the direct oversight of the detention division and/or the County's Electronic Monitoring

15   Program.  These specific functions are fulfilled by correctional management staff of the Sheriff

16   Office's detention division, and Defendants will ensure that somebody from the detention division

17   with specific knowledge about the County's Electronic Monitoring Program, as well as the Sheriff's

18   Office policies, will attend the settlement conference to answer any questions the Court may have.

19   Further, as indicated above, Defendants will be adequately represented by a County representative

20   with full authority to negotiate a settlement on behalf of all Defendants, including Sheriff Freitas.

21   Therefore, Sheriff Freitas' personal attendance at the settlement conference is not necessary

22   to provide any pertinent information about any material issues that are the subject of this civil action

23   and/or to advance potential settlement discussions.

24   No Objection by Plaintiff

25   In accordance with the Court's standing order for Settlement Conferences, defense counsel

26   contacted Plaintiff's pro bono counsel, Amy E. Hayden, to inform Plaintiff in advance about

27   Defendants' request to excuse Sgt. Williams and Sheriff Freitas from having to personally appear at

28

REQUEST TO EXCUSE PERSONAL ATTENDANCE
AT SETTLEMENT CONFERENCE; ORDER          3

the settlement conference.   Plaintiff, through her pro bono counsel, indicated that she has no objection to Defendants' requests.

As such, Defendants respectfully asks the Court to grant their unopposed request and to excuse the personal attendance of Sgt. Williams and Sheriff Freitas at the Settlement Conference on January 30, 2015.

Dated: December ___, 2014                    BRUCE D. GOLDSTEIN, County Counsel


By: __/s/_____
PETRA BRUGGISSER
Deputy County Counsel


## ORDER

The Court, having reviewed Defendants' request to excuse the personal attendance of Sgt. Williams and Sheriff Freitas at the Settlement Conference on January 30, 2015, and good cause appearing for such request, hereby GRANTS Defendants' request.

Sgt. Williams and Sheriff Freitas are excused from personally attending the Settlement Conference on January 30, 2015.

IT IS SO ORDERED.

Dated: ___1/5/15_____                    _____
Magistrate Judge Kandis A. Westmore