1  RYAN J. MARTON (CSB No. 223979)
   rmarton@fenwick.com
2  AMY HAYDEN (CSB No. 287026)
   ahayden@fenwick.com
3  ALEXANDRA GRAYNER (CSB No. 290591)
   agrayner@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:    415.875.2300
6  Facsimile:    415.281.1350

7
   Attorneys for Plaintiff
8  SHOSHANA BERNIE

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13  SHOSHANA BERNIE,                    Case No.: 3:14-cv-02555 NC

14              Plaintiff,              **JOINT STIPULATION AND
                                        [~~PROPOSED~~] ORDER CONTINUING
15       v.                             SETTLEMENT CONFERENCE WITH
                                        MAGISTRATE JUDGE KANDIS A.
16  COUNTY OF SONOMA, et al.,           WESTMORE**

17              Defendants.

18

19

20       WHEREAS, the presiding judge in the above-captioned action has referred this case to a

21  magistrate judge to hold a settlement conference, and has not set a deadline for the settlement

22  conference to take place;

23       WHEREAS, the settlement conference is currently scheduled to take place on January 30,

24  2015 at 11:00 a.m. before Magistrate Judge Kandis A. Westmore;

25       WHEREAS, the parties have met and conferred, and have agreed that, due to the current

26  unavailability of liens that will be assessed by Medicare and Medi-Cal on any settlement amount,

27  the settlement conference should be continued to March 23, 2015, when that information is

28  anticipated to be available;

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    WHEREAS, the parties understand that Judge Westmore is available for a settlement

2    conference on March 23, 2015;

3    WHEREAS, the only previous time modification in this case was the continuation of the

4    initial case management schedule from September 3, 2014 to September 17, 2014;

5    WHEREAS, continuing the settlement conference to March 23, 2015 will not affect any

6    other deadlines in the case;

7    NOW, THEREFORE, in consideration of the foregoing, and pursuant to Civil L.R. 6-2,

8    the parties stipulate that the settlement conference currently scheduled for January 30, 2015 be

9    continued to March 23, 2015 at 11:00 a.m., and respectfully request that the Court enter this

10    stipulation.

11

12    DATED:  January 20, 2015                    FENWICK & WEST LLP
                                                ALEXANDRA GRAYNER
13

14                                                    /s/ Alexandra P. Grayner
15                                                 ALEXANDRA P. GRAYNER

16                                                 555 California Street, 12th Floor
                                                 San Francisco, CA  94104
17                                                 Telephone: 415.875.2319
                                                 Facsimile: 415.281.1350
18                                                 agrayner@fenwick.com

19                                                 Attorney for Shoshana Bernie

20

21

22    DATED:  January 20, 2015                    BRUCE D. GOLDSTEIN, County Counsel
                                                PETRA BRUGGISSER
23

24                                                    /s/ Petra Bruggisser
25                                                 PETRA BRUGGISSER

26                                                 Office of the Sonoma County Counsel
                                                 575 Administration Dr., Room 105 A
27                                                 Santa Rosa, CA 95403-2815
                                                 Telephone: 707/565.2421
28                                                 Facsimile: 707.565.2624

STIP. AND [PROP.] ORDER RE                                          C 14-02555 NC
SETTLEMENT CONFERENCE

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   Attorney for Defendants County of Sonoma,
    Sonoma County Sheriff Steve Freitas, Sgt.
2   Pitkin, Sgt. Williams

3

    PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.
4

5

6   DATED:  1/21/15                          _____
                                             Honorable Kandis A. Westmore
7                                            United States District Court Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    STIP. AND [PROP.] ORDER RE                                      C 14-02555 NC
    SETTLEMENT CONFERENCE
                                   3

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW