1  RYAN J. MARTON (CSB No. 223979)
   rmarton@fenwick.com
2  GUINEVERE JOBSON (CSB No. 251907)
   gjobson@fenwick.com
3  ALEXANDRA GRAYNER (CSB No. 290591)
4  agrayner@fenwick.com
   FENWICK & WEST LLP
5  555 California Street, 12th Floor
   San Francisco, CA  94104
6  Telephone:     415.875.2300
7  Facsimile:     415.281.1350
   Attorneys for Plaintiff
8  SHOSHANA BERNIE

9  BRUCE D. GOLDSTEIN (CSB No. 135970)
10 PETRA BRUGGISSER (CSB No. 241173)
   Office of the Sonoma County Counsel
11 575 Administration Drive, Room 105A
   Santa Rosa, CA 95403-2815
12 Telephone:     707 565-2421
   Facsimile      707 565-2624
13 Petra.Brussigger@sonoma-county.org

14
   GREGORY G. SPAULDING (CSB 106606)
15 spaulding@smlaw.com
   TERRY S. STERLING (CSB 106379)
16 sterling@smlaw.com
   Spaulding, McCullough & Tansil LLP
17 90 South E. Street, Suite 200
   Santa Rosa, CA 95402
18 Telephone:     707.524.900
19 Facsimile:     707.524.1906
   Attorneys for Defendants

20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOSHANA BERNIE, | Case No.:  CV 14-2555 NC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF DEFENDANTS SONOMA COUNTY SHERIFF STEVE FREITAS, SONOMA COUNTY SHERIFF'S SERGEANT PITKIN AND SONOMA COUNTY SHERIFF'S SERGEANT WILLIAMS; ORDER** |
| vs. | |
| COUNTY OF SONOMA, et al. | |
| Defendants. | |

1  Plaintiff SHOSHANA BERNIE and Defendants COUNTY OF SONOMA, SONOMA
2  COUNTY SHERIFF STEVE FREITAS ("Freitas"), SONOMA COUNTY SHERIFF'S
3  SERGEANT PITKIN ("Pitkin") and SONOMA COUNTY SHERIFF'S SERGEANT WILLIAMS
4  ("Williams") hereby stipulate that Plaintiff's claims against Defendants Freitas, Pitkin and Williams
5  shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), each party to bear his or her own
6  costs and attorneys' fees.

DATED:  July 20, 2015            FENWICK & WEST LLP
                                 Attorneys for Plaintiff


                                 By:  */s/ Alexandra Grayner*
                                      Alexandra Grayner


DATED:  July 20, 2015            BRUCE D. GOLDSTEIN, County Counsel
                                 Attorneys for Defendants



                                 By:  */s/ Petra Bruggisser*
                                      Petra Bruggisser


DATED:  July 20, 2015            SPAULDING McCULLOUGH & TANSIL LLP
                                 Attorneys for Defendants



                                 By:  */s/ Gregory G. Spaulding*
                                      Gregory G. Spaulding

---

1

**STIPULATION FOR DISMISSAL OF INDIVIDUAL DEFENDANTS**  Case No CV 14-2555 NC

## ATTESTATION

I, Terry S. Sterling, am the ECF User whose ID and password are being used to file this STIPULATION OF DISMISSAL WITH PREJUDICE.  In compliance with Local Rule 5-1, I hereby attest that other counsel whose e-signatures appear above have concurred with this filing.

Dated:    July 20, 2015                              /s/ Terry S. Sterling

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties in accordance with ongoing settlement negotiations, Plaintiff's claims against Defendants SONOMA COUNTY SHERIFF STEVE FREITAS, SONOMA COUNTY SHERIFF'S SERGEANT PITKIN and SONOMA COUNTY SHERIFF'S SERGEANT WILLIAMS are dismissed with prejudice. Plaintiff's claims against Defendant County of Sonoma remain until finalization of the Settlement Agreement and Release.  Each party shall bear his or her owns cost and attorneys' fees.

DATED:   July 20, 2015

_____
Nathanael Cousins
UNITED STATES MAGISTRATE JUDGE



3

**STIPULATION FOR DISMISSAL OF INDIVIDUAL DEFENDANTS**              **Case No CV 14-2555 NC**